**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**FREDERICK PENNINGTON, JR.**  **PLAINTIFF**
**ADC #71305**

**VS.**  **NO. 5:08CV00018-WRW/BD**

**WENDY KELLY,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for preliminary injunction (#3) is DENIED as moot. In addition, the Court DENIES without prejudice the following motions filed by Plaintiff: (1) the motion for summary judgment (#18); (2) the supplemental motion for summary judgment (#24); and (3) the second motion for preliminary injunction (#25).

IT IS SO ORDERED this 3rd day of April, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE