# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**FREDERICK PENNINGTON, JR.**
**ADC # 71305**                                                                                      **PLAINTIFF**

**v.**                                        **5:08CV0018-WRW-BD**

**WENDY KELLEY,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects. Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. No. 98) is DENIED.

IT IS SO ORDERED this 11th day of May, 2009.


                                                                /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE