**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**FREDERICK PENNINGTON, JR.**
**ADC # 71305**                                                                                          **PLAINTIFF**

**v.**                                    **5:08CV00018-WRW-BD**

**WENDY KELLEY,** *et al.*                                                            **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's motions to amend (Doc. Nos. 108, 129, 133, and 144) are DENIED.

IT IS SO ORDERED this 22nd day of June, 2009.


                                                        /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE